UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA V. HILL,<br><br>                              Plaintiff,<br><br>          -against-<br><br>MT. SINAI HOSPITALS, et al.,<br><br>                              Defendants. | 21-CV-5932 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued August 2, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to Plaintiff filing a new civil action on her own behalf.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 2, 2021
            New York, New York

                                    /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge